IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WENDY KERNECHEL

    **Plaintiff,**

v.

UNITED STATES OF AMERICA and
OFFICER JIMMY HIGHSMITH,

    **Defendants.**

Case No. 4:20-cv-00078-WS-MJF

## MOTION TO STAY

Defendant United States of America moves the Court to stay this civil action for one hundred and eighty (180) days, with the scheduling of a status conference at approximately ninety (90) days following the entry of the stay. In support thereof, the United States sets forth as follows:

1. On February 10, 2020, Plaintiff Wendy Kernechel filed this lawsuit against Defendants United States and Bureau of Prisons Correctional Officer Jimmy Highsmith. *ECF No. 1*.

2. On June 19, 2020, the United States filed its Answer. *ECF No. 6*.

3. On July 10, 2020, Plaintiff amended her Complaint. *ECF No. 7*.

4. On July 24, 2020, the United States moved to strike the Amended Complaint, and Plaintiff responded on August 5, 2020. *ECF Nos. 10, 11*.

5. The present case, of course, is brought against the United States and against Correctional Officer Jimmy Highsmith in his individual capacity.

6. There are two other active cases pending in the Northern District of Florida involving similar allegations as in the instant case against the United States, Jimmy Highsmith, and other current and former Bureau of Prisons employees in their individual capacities. Specifically, they are *J.C. v. Highsmith et al.*, Case Number 4:20-cv-00283-AW-MAF and *J.P. v. Highsmith et al.*, Case Number 4:20-cv-00317-AW-MAF.

7. On August 20, 2020, counsel for the United States, joined by counsel for the Plaintiff, moved to stay each case respectively for 180 days.

8. On August 25, 2020, the Court granted the Motion to Stay. Each case was stayed respectively for 180 days. Simultaneously, a status conference for the cases was scheduled for November 12, 2020.

9. Prior to the Motion to Stay in the *J.C.* and *J.P.* cases, the United States had explained in a previous filing in support of a different motion that, "[a] reply under seal [would be] necessary to refrain from public comment on potential criminal investigations and is supported by Northern District Local Rule 44.4(B), prohibiting the release of certain information." The same information as in that reply provided support for the Motions to Stay in those cases.

10. A district court has broad discretion to stay proceedings incidental to its power to control the cases on its own docket. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Under the Northern District of Florida Local Rules and the applicable policies and procedures, the Civil Division of the United States Attorney's Office remains unable to comment in a publicly filed civil pleading on the investigative status of a criminal matter, including the grounds for the stay sought herein. Should the Court here require the same information filed under seal in the *J.C.* and *J.P.* cases, Defendant United States would anticipate needing to file that information under seal in the instant case as well.

**WHEREFORE**, the United States requests the Court enter an Order staying this case for 180 days, and granting any other relief it deems just and proper.

## LOCAL RULE 7.1(B) CERTIFICATION

I HEREBY CERTIFY that I have contacted counsel for Plaintiff by email on Friday, August 21, 2020 and Tuesday, August 25, 2020 and discussed this motion by telephone on Monday, August 24, 2020. They are presently considering their positon with respect to the relief sought.

## LOCAL RULE 7.1(F)

I HEREBY CERTIFY that this memorandum contains _____ words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

Respectfully submitted,

LAWRENCE KEEFE
United States Attorney

*/s/ Peter Fisher*
**KATHRYN W. DREY, ESQ.**
Assistant United States Attorney
Florida Bar No. 142492
Email: kathryn.drey@usdoj.gov
**MARY ANN COUCH, ESQ.**
Assistant United States Attorney
Florida Bar No. 0098917
Email:  mary.ann.couch@usdoj.gov
**PETER G. FISHER. ESQ.**
Assistant United States Attorney
Florida Bar No. 413010
Email: peter.fisher@usdoj.gov
**MARIE A. MOYLE, ESQ.**
Assistant United States Attorney
Florida Bar No. 1003498
Email: marie.moyle@usdoj.gov
111 N. Adams Street, 4th Floor
Tallahassee, FL  32301
Telephone:  850-942-8430
Fax:  850-942-8466
Counsel for the United States of America

4