**Jimmy Highsmith**

1703 Colony Park Drive

Pearl, Ms 39208

Email: Jimmyleed1@gmail.com

Date: 9/9/20

To: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

Kernechel v. United States, et al., Case No. 4:20-cv-78-WS-MJF (N.D. Fla.)

Dear Judge:

I'm asking for a Public Defender Attorney to be appointed to my case. I'm having a hard time trying to find an attorney for his case. Do to the serious false allegations on this case I don't feel comfortable representing myself but I will if I heft to. I have called several attorneys but the refusing to take my case and I don't have the money to pay them. Your help in assisting me with an attorney would be greatly appreciated. Thank You

Sincerely,

*[signature]*

Jimmy Highsmith

FILED USDC FLND TL
SEP 11 '20 PM3:09