UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WENDY KERNECHEL,

    Plaintiff,

v.                                                        Case No. 4:20-cv-78-WS/MJF

UNITED STATES OF AMERICA and
JIMMY HIGHSMITH,

    Defendants.

_____/

## **ORDER**

This matter is before this court on Defendant Jimmy Highsmith's request for an extension of time. (Doc. 16).

This document is deficient in the following respects:

- **A request for action of any kind relating to a case can never be made by a letter to a judge;** it must be made by a motion. *See* Fed. R. Civ. P. 7(b)(1); N.D. Fla. Loc. R. 7.1(A).

- **It does not have a title or heading clearly identifying the document.** *See* Fed. R. Civ. P. 10(a); N.D. Fla. Loc. R. 5.1(B).

Because the document is deficient, the undersigned must deny the motion without prejudice.

Defendant Highsmith also is advised that on September 8, 2020, the clerk of the court entered a default against him. (Doc. 15). To the extent Defendant

Highsmith is seeking to set aside the clerk's default, Defendant must show good cause for his failure to timely file an answer to the Plaintiff's complaint.

Accordingly, it is **ORDERED**:

1. Defendant Highsmith's letter (Doc. 16), construed as a motion for extension of time, is **DENIED** without prejudice.

2. **On or before September 29, 2020**, Defendant Highsmith may file a motion to set aside the clerk's default. Any such motion must demonstrate good cause for the relief requested and must comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Florida.

**SO ORDERED** this 15th day of September, 2020.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**