**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| **WENDY KERNECHEL,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 4:20-cv-00078-WS-MJF** |
| **UNITED STATES OF AMERICA and OFFICER JIMMY HIGHSMITH,** | |
| **Defendants.** | |

**UNITED STATES' STATUS UPDATE AND**
**UNOPPOSED THIRD MOTION TO STAY**

The United States of America submits this status update to the Court and respectfully requests that the Court stay this civil action through Monday, November 1, 2021, and would show as follows:

1.      On February 10, 2020, Plaintiff Wendy Kernechel filed this lawsuit against Defendants United States and Bureau of Prisons Correctional Officer Jimmy Highsmith, in his individual capacity. [Doc. 1].

2.      On March 19, 2021, the Court granted the United States' second motion to stay this case until May 17, 2021.

3.      On February 2, 2021, defendant Jimmy Highsmith was indicted on charges related, at least in part, to the conduct that Plaintiff alleges in this matter.

[N.D. Fl. Case No. 4:21-cr-00008-MW-MAF, Doc. 1]. Trial was originally scheduled for April 26, 2021, but was recently rescheduled to October 25, 2021. [Id., Docs. 17 and 22].

4.      The parties agree that this civil matter should not proceed until the criminal trial is completed, and, thus, seek to stay this matter until after that trial. The parties will monitor the status of the criminal matter and advise the Court if the criminal case resolves prior to trial.

Wherefore, the United States respectfully requests that the Court enter an order staying this case until Monday, November 1, 2021, and granting any other relief it deems just and proper.

## **LOCAL RULE 7.1(B) CERTIFICATION**

I HEREBY CERTIFY that I have contacted counsel for Plaintiff, James V. Cook and Richard E. Johnson, by telephone and email to discuss this motion, and Plaintiff consents to this motion.

## <u>LOCAL RULE 7.1(F)</u>

I HEREBY CERTIFY that this memorandum contains 216 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: */s/ Keith A. Jones*
Keith A. Jones
Special Attorney to the United States
   Attorney General
Assistant United States Attorney
Southern District of Alabama
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone:  251-441-5845
Email:  keith.jones2@usdoj.gov
*Attorney for United States of America*

*Acting Under Authority Conferred*
   *by 28 U.S.C. § 515*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed on April 30, 2021,
electronically with the Clerk of Court using the CM/ECF filing system, which will
provide notice of this filing to counsel for Plaintiff Kernechel and Defendant
Highsmith.


*/s/ Keith A. Jones*
Special Attorney to the United States
Attorney General
Assistant United States Attorney