UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WENDY KERNECHEL,

    Plaintiff,

v.                                        Case No.  4:20-cv-78-WS/MJF

UNITED STATES OF AMERICA &
JIMMY HIGHSMITH,

    Defendants.
_____/

## ORDER

This matter is before the court on the United States' third unopposed motion to stay (Doc. 30). For the reasons set forth in that motion, this court will grant the motion. All litigation deadlines, other than those imposed by an order issued by this court, are suspended. This includes the United States' obligation to answer Plaintiff's amended complaint. Any party may move to lift or alter the stay at any point.

Accordingly, it is **ORDERED**:

The United States' second motion to stay (Doc. 30) is **GRANTED**. This action is **STAYED** until **November 1, 2021**, unless otherwise ordered by this court.

**SO ORDERED** this <u>3rd</u> day of May, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**