IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WENDY KERNECHEL,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and OFFICER JIMMY HIGHSMITH,<br><br>        Defendants. | Case No. 4:20-cv-00078-WS-MJF |

UNITED STATES' STATUS UPDATE AND
UNOPPOSED FOURTH MOTION TO STAY

      The United States of America submits this status update to the Court and respectfully requests that the Court stay this civil action through Monday, January 10, 2022, and would show as follows:

      1.    On February 10, 2020, Plaintiff Wendy Kernechel filed this lawsuit against Defendants United States and Bureau of Prisons Correctional Officer Jimmy Highsmith, in his individual capacity. [Doc. 1].

      2.    On March 19, 2021, the Court granted the United States' second motion to stay this case until May 17, 2021.

      3.    On February 2, 2021, defendant Jimmy Highsmith was indicted on charges related, at least in part, to the conduct that Plaintiff alleges in this matter.

1

[N.D. Fl. Case No. 4:21-cr-00008-MW-MAF, Doc. 1]. Trial was originally scheduled for April 26, 2021, but was rescheduled to October 25, 2021. [Id., Docs. 17 and 22].

4.     Because Highsmith's trial was continued past the May 17, 2021, stay deadline, the United States moved to extend the stay to November 1, 2021. [Doc. 30]. The Court granted that extension on May 3, 2021. [Doc. 31].

5.     On September 29, 2021, Highsmith's request to continue his trial was granted, rescheduling the trial to the week of December 13, 2021. [Id., Doc. 25].

6.     The parties agree that this civil matter should not proceed until the criminal trial is completed, and, thus, seek to stay this matter until after that trial. The parties will monitor the status of the criminal matter and advise the Court if the criminal case resolves prior to trial.

Wherefore, the United States respectfully requests that the Court enter an order staying this case until Monday, January 10, 2022, and granting any other relief it deems just and proper.

## LOCAL RULE 7.1(B) CERTIFICATION

I HEREBY CERTIFY that I have contacted counsel for Plaintiff, James V. Cook, Richard E. Johnson, and Melissa Horwitz, by email and telephone to discuss this motion, and Plaintiff consents to this motion.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: */s/ Keith A. Jones*
    Keith A. Jones
    Special Attorney to the United States
       Attorney General
    Assistant United States Attorney
    Southern District of Alabama
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    Telephone:  251-441-5845
    Email:  keith.jones2@usdoj.gov
    *Attorney for United States of America*

    *Acting Under Authority Conferred*
      *by 28 U.S.C. § 515*