UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WENDY KERNECHEL,

   Plaintiff,

v.                                      Case No. 4:20-cv-78-WS/MJF

UNITED STATES OF AMERICA AND
JIMMY HIGHSMITH,

   Defendants.
_____/

## ORDER

This matter is before the court on the United States' fourth unopposed motion to stay (Doc. 32). For the reasons set forth in the United States' unopposed motion to stay, this motion is **GRANTED**. This action is **STAYED** until **January 10, 2022**, unless otherwise ordered by this court. Any party may move to lift or alter the stay at any point.

**SO ORDERED** this 3rd day of November, 2021.

                                            /s/ *Michael J. Frank*
                                            **Michael J. Frank**
                                            **United States Magistrate Judge**