IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WENDY KERNECHEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and OFFICER JIMMY HIGHSMITH,<br><br>　　　　Defendants. | Case No. 4:20-cv-00078-WS-MJF |

## UNITED STATES' NOTICE REGARDING SERVICE

Pursuant to this Court's September 6, 2022, Order [Doc. 45] (the "Order"), the undersigned certifies to the Court that Defendant Jimmy Highsmith was provided with a copy of Plaintiff's Stipulation for Dismissal [Doc. 44] and the Order [Doc. 45] on September 7, 2022, by Unit Manager Wesley C. Fannin at Federal Correctional Institute – Loretto, Loretto, Pennsylvania.

1

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: */s/ Keith A. Jones*
    Keith A. Jones
    Special Attorney to the United States
        Attorney General
    Assistant United States Attorney
    Southern District of Alabama
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    Telephone:  251-441-5845
    Email:  keith.jones2@usdoj.gov
    *Attorney for United States of America*

    *Acting Under Authority Conferred*
       *by 28 U.S.C. § 515*


By: */s/ Justin D. Kopf*
    Justin D. Kopf
    Special Attorney to the United States
        Attorney General
    Assistant United States Attorney
    Southern District of Alabama
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    Telephone:  251-441-5845
    Email:  justin.kopf@usdoj.gov
    *Attorney for United States of America*

    *Acting Under Authority Conferred*
       *by 28 U.S.C. § 515*