UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WENDY KERNECHEL,

    Plaintiff,

v.                                                           4:20cv78–WS/MJF

UNITED STATES OF AMERICA
and JIMMY HIGHSMITH,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF. No. 47) docketed October 12, 2022. The magistrate judge recommends that Plaintiff's case against the United States and Jimmy Highsmith be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  No objections to the report and recommendation have been filed.

    The court having reviewed the record, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 47) is ADOPTED and incorporated into this order by reference.

2. Plaintiff's claims against the United States and Jimmy Highsmith are DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

3. The clerk shall enter judgment stating: "All claims against the United States and Jimmy Highsmith are dismissed with prejudice.

4. The clerk shall close the case.

DONE AND ORDERED this   11th   day of    November   , 2022.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE